THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
BONNIE L. HOBBS (Cal. State Bar # 208525)
Assistant United States Attorney
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4447
     Facsimile: (213) 894-3713
     Email: bonnie.hobbs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07- **07-01141** |
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED PLEADINGS; DECLARATION OF BONNIE L. HOBBS |
| KENNETH BERNARD RILEY, aka "Kenny Boy," JOSEPH CARTER, aka "S.A.," and "JUVIE," | ) | |
| Defendants. | ) | |

The government hereby applies <u>ex parte</u> for an order that the indictment, arrest warrants and any related pleadings in the above-titled case be kept under seal until the arrest of one of the defendants named in the indictment, or until the government otherwise moves to unseal the indictment, whichever is earlier. Furthermore, in order to comply with Central District Local Rule 79-5.4, the government requests that, at the time of unsealing, the original indictment bearing the original signature of the grand jury foreperson remain under seal and copies of the

indictment with the foreperson's signature redacted be made available for public distribution.

    This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Bonnie L. Hobbs.

DATED: October 9, 2007        Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*/s/ Bonnie L. Hobbs*
BONNIE L. HOBBS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF BONNIE L. HOBBS

I, Bonnie L. Hobbs, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Kenneth Bernard Riley, et al.</u>, the indictment which is being presented to a federal grand jury in the Central District of California on October 10, 2007.

2. The defendants charged in the above-captioned indictment have not been taken into custody on the charge(s) contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on October 10, 2007. The likelihood of apprehending the defendants might be jeopardized if the indictment in this case were made available to the public before the defendants are taken into custody on the indictment.

3. For the past four years, the Federal Bureau of Investigation has conducted an investigation of a large group of targets engaged in narcotics trafficking. Since September 26, 2007, and during consecutive weeks thereafter, the government has filed or will be filing approximately eight indictments against a total of approximately thirteen members of this group, including Kenneth Bernard Riley and the other defendants charged in the indictment, on charges including narcotics trafficking and illegal possession of firearms. The narcotics trafficking activities of these defendants extend outside of Los Angeles and the State of California, a majority of the defendants have prior felony narcotics and/or firearms convictions, and a number of the

defendants have known gang affiliations. The charges against the defendants carry a presumption of danger to the community and risk of flight, and the government will be seeking detention of the defendants on both of these grounds. The coordinated arrests of these individuals currently is scheduled for a date in November, after the indictments have been returned and search warrants have been prepared. If notice of either the indictment or the related pleadings was made available to the public before the date on which the defendants are taken into custody, the defendants may flee or may destroy evidence that could be obtained during a search of their property, or may take action, including potentially violent action, to prevent their arrests or the arrests of their associates.

   4.   Accordingly, the government requests that the indictment, arrest warrants and related pleadings in this case be sealed until the arrest of one of the defendants named in the indictment, or until the government otherwise moves to unseal the indictment, whichever is earlier.

   5.   Central District Local Rule 79-5.4 places the duty upon parties to an action to redact or refrain from including personal data identifiers from certain documents filed with Court. Upon consultation with the Clerk's Office for the United States District Court, Central District of California, the government believes that the government may be under an obligation to refrain from publicly filing any indictment bearing the original signature of the grand jury foreperson, as such signature may tend to personally identify such foreperson. In order to comply with Central District Local Rule 79-5.4, the government requests

that, at the time of unsealing, the original indictment bearing the original signature of the grand jury foreperson remain under seal and copies of the indictment with the foreperson's signature redacted be made available for public distribution.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: October 9, 2007

BONNIE L. HOBBS